FILED
17-0887
12/21/2017 12:11 PM
tex-21434008
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## No. 17-0887

## IN THE SUPREME COURT OF TEXAS

_____

## IN RE D.A.D.

_____

## STATE'S WAIVER OF RESPONSE

_____

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

COMES NOW, THE STATE OF TEXAS, and files this Waiver of Response to the Petition for Review filed by Petitioner D.A.D. in the above-styled and referenced cause. Pursuant to Texas Rule of Appellate Procedure 53.3, the State of Texas waives its response at this time and respectfully requests the opportunity to file a response before this Honorable Court grants the petition. *See* Tex. R. App. P. 53.3 ("A petition will not be granted before a response has been filed or requested by the Court.").

Respectfully submitted,

**Greg Willis**
Criminal District Attorney
Collin County, Texas

**John R. Rolater, Jr.**
Chief of the Appellate Division
Asst. District Attorney

/s/ Libby J. Lange
**Libby J. Lange**
Asst. District Attorney

State Bar No. 11910100
2100 Bloomdale Rd., Suite 200
McKinney, Texas 75071
(972) 548-4373
llange@co.collin.tx.us

## Certificate of Service

The State has e-served counsel for Petitioner, Kristin R. Brown, through the eFileTexas.gov filing system at kbrown@idefenddfw.com on this the 21st day of December, 2017.


/s/ Libby J. Lange
Libby J. Lange